**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE :    NO.  513
MAGISTERIAL DISTRICTS WITHIN THE :
45th JUDICIAL DISTRICT OF THE :    MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 45th Judicial District (Lackawanna County) of the Commonwealth of Pennsylvania, it is hereby **ORDERED AND DECREED** that the Petition, which provides for the reestablishment of the Magisterial Districts within Lackawanna County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 45-1-01<br>Magisterial District Judge George E. Seig | Moosic Borough<br>Old Forge Borough<br>Taylor Borough |
| Magisterial District 45-1-02<br>Magisterial District Judge Alyce M. Farrell | City of Scranton (Wards 9, 10, 16, 17) |
| Magisterial District 45-1-03<br>Magisterial District Judge Joanne P. Corbett | City of Scranton (Wards 11, 12, 19, 20, 24) |
| Magisterial District 45-1-05<br>Magisterial District Judge Terrence V. Gallagher | City of Scranton (Wards 4-6, 14, 15, 18, 21, 22) |
| Magisterial District 45-1-06<br>Magisterial District Judge Paul J. Ware | Dunmore Borough<br>City of Scranton (Wards 1-3, 7, 13, 23) |

Magisterial District 45-1-08                 Dickson City Borough
Magisterial District Judge John P. Pesota     Olyphant Borough
                                              Throop Borough


Magisterial District 45-3-01                 Clarks Summit Borough
Magisterial District Judge Paul Keeler        Clarks Green Borough
                                              Dalton Borough
                                              Glenburn Township
                                              LaPlume Township
                                              Newton Township
                                              North Abington Township
                                              Ransom Township
                                              South Abington Township
                                              Waverly Township
                                              West Abington Township


Magisterial District 45-3-02                 Clifton Township
Magisterial District Judge Kipp E. Adcock     Covington Township
                                              Elmhurst Township
                                              Jefferson Township
                                              Madison Township
                                              Moscow Borough
                                              Roaring Brook Township
                                              Spring Brook Township
                                              Thornhurst Township


Magisterial District 45-3-03                 Benton Township
Magisterial District Judge Sean P. McGraw     City of Carbondale
                                              Carbondale Township
                                              Fell Township
                                              Greenfield Township
                                              Scott Township
                                              Vandling Borough


Magisterial District 45-3-04                 Archbald Borough
Magisterial District Judge Laura M. Turlip    Blakely Borough
                                              Jermyn Borough
                                              Jessup Borough
                                              Mayfield Borough